# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

In Re:                          )
                                )
BLESSED USA, INC.               )
                                ) Chapter 11
                                ) Case No. 12-34928
        Debtor.                 ) Honorable:  DANIEL S. OPPERMAN

## UNITED STATES' OBJECTION TO DEBTOR'S COMBINED DISCLOSURE STATEMENT AND REORGANIZATION PLAN

THE UNITED STATES OF AMERICA, by and through its attorneys, Barbara L. McQuade, United States attorney for the Eastern District of Michigan, and Rebecca M. Clark, Special Assistant United States Attorney, on behalf of the Internal Revenue Service (hereinafter, the Service), a creditor and party in interest, hereby objects to the confirmation of the Debtor's Combined Disclosure Statement and Reorganization Plan for the following reasons:

1.  Debtor filed a voluntary petition for protection under Chapter 11 of the Bankruptcy Code on December 20, 2012.

2.  The Service filed a proof of claim on January 25, 2013 in the amount of $163,567.44. This claim consists of a priority claim in the amount of $116,902.79 and a general unsecured claim of $46,664.65.

3.  The Service objects to the section of the Plan entitled

"Post-Petition Events of Significance" and to the section of the Plan entitled "Priority Unsecured Claim" because these sections appear to be in conflict with each other. The first section indicates that the debtor has filed on objection to the IRS's proof of claim, which the debtor has not done. Additionally, the Plan is not the place to state an objection to the IRS proof of claim, rather the debtor is required to file an appropriate objection to the IRS's proof of claim, if the debtor has an relevant objections. The second part of the plan, then appears to provide for the Service's priority claim. Thus, to the extent that the Plan fails to pay the Service's priority claim, in equal monthly payments within five (5) years of the date of relief, the Service objects. Bankruptcy Code Section 1129(a)(9)(C) requires the payment in full, within five years of the date of relief, of any claims entitled to priority. The Service does not consent to any different treatment of its priority claim.

4. The Service also objects to the Plan as the debtor has failed to file numerous tax returns for tax years 2006, 2007, 2008, 2012 and 2013 as stated on the Service's proof of claim. Thus, the Service is unable to file an accurate proof of claim because the unfiled returns include estimates of the liabilities due, which may be overstated or understated.

5. The Service also objects to the Plan as it fails to provide adequate default language in accordance with 11 U.S.C.

- 2 -

12-34928-dof    Doc 79    Filed 11/23/13    Entered 11/23/13 17:18:03    Page 2 of 5

§1123(a)(5)(G). The United States suggests the following default language:

> Upon failure of the debtor to make any payment due on any priority claim or general unsecured claim of the Service which is not cured within 30 days of the mailing of a written notice of default by the Service, or the pyramiding or occurrence of any post-petition tax liabilities, the Service may exercise all rights and remedies applicable under non-bankruptcy law for the collection of its entire claim and/or seek appropriate relief from this Court. In the event of conversion of this case to a Chapter 7 proceeding, all property of the debtor; debtor-in-possession; or reorganized debtor, which will revest upon confirmation of the Plan of reorganization and all of debtor's after acquired property shall be property of the Chapter 7 Estate.

WHEREFORE, the United States respectfully requests that this Court deny confirmation of the Debtor's Combined Disclosure Statement and Reorganization Plan for the forgoing reasons and grant such further and additional relief as deemed just and appropriate.

    Respectfully submitted,

    BARBARA L. MCQUADE
    United States Attorney

Date: November 23, 2013  By:  /s/ Rebecca M. Clark
    REBECCA M. CLARK (P64653)
    Special Ass't U.S. Attorney
    One Detroit Center
    500 Woodward Avenue
    Suite 1300
    Detroit, MI 48226
    Telephone: (313) 628-3128
    Rebecca.M.Clark@irscounsel.treas.gov

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                        )
                              )
BLESSED USA, INC.             )
                              ) Chapter 11
                              ) Case No. 12-34928
            Debtor.           ) Honorable: DANIEL S. OPPERMAN

**CERTIFICATION OF SERVICE**

    It is hereby certified that on November 23, 2013 the United States' Objection to Debtor's Combined Disclosure Statement and Reorganization Plan was electronically filed with the Clerk of the Court which will send notification of such filing to those entitled and registered with the ECF system in this matter.

                                               Barbara L. McQuade
                                               United States Attorney

Date: November 23, 2013        By: */s/ Rebecca M. Clark*
                                           REBECCA M. CLARK (P64653)
                                           Special Ass't U.S. Attorney
                                           One Detroit Center
                                           500 Woodward Avenue
                                           Suite 1300
                                           Detroit, MI 48226
                                           Telephone: (313) 628-3128
                                           Rebecca.M.Clark@irscounsel.treas.gov